# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| New Cingular Wireless Services, Inc. ) | ASBCA No. 59729 |
| dba AT&T Mobility ) | |
| ) | |
| Under Contract No. N00244-11-D-0002 ) | |

APPEARANCE FOR THE APPELLANT:     Paul R. Hahn, Esq.
  General Attorney

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
  Brendan M. Klapak, Esq.
  Associate Counsel
  Marine Corps Systems Command
  Quantico, VA

## ORDER OF DISMISSAL

This appeal has been settled. By email dated 21 September 2015, the parties jointly moved for the dismissal of the appeal with prejudice. The parties' motion is granted. ASBCA No. 59729 is hereby dismissed with prejudice.

Dated: 24 September 2015

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59729, Appeal of New Cingular Wireless Services, Inc. dba AT&T Mobility, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals